# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| HOLLY ANN KUCHWARA AND ROBERT J. KUCHWARA | : No. 584 MAL 2014 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from the |
| v. | : Order of the Superior Court |
| | : |
| | : |
| THEODUS WILLIAMS AND VALVANO CONSTRUCTION, INC. | : |
| | : |
| | : |
| | : |
| DOREEN MAZUR AND STEPHEN MAZUR, HUSBAND AND WIFE, AND AZURE MAZUR | : |
| | : |
| | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| THEODUS WILLIAMS AND VALVANO CONSTRUCTION, INC. | : |
| | : |
| | : |
| PETITION OF: THEODUS WILLIAMS | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 5th day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.